MILDRED MOHR, as Administratrix of the Estate of THOMAS RHODES, Deceased, Respondent, v. GEORGE BURDICK et al., Appellants, et al., Defendant.— Judgment affirmed, with costs. All concur. (Appeal from a judgment for plaintiff in an automobile negligence action.) Present — Vaughan, J. P., Kimball, Piper, Wheeler and Van Duser, JJ.

CHRISTINA A. OTIS, as Administratrix of the Estate of GERALD S. OTIS, Deceased, Respondent, v. LUCIDOL CORPORATION et al., Defendants, and NOVADEL AGENE CORPORATION, Appellant.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal by defendant Novadel Agene Corporation from an order granting plaintiff's motion for a preference.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Van Duser, JJ.

## (October 27, 1954.)

WALTER E. DAVIS, Respondent, v. ANN E. SMITH, as Administratrix of the Estate of JACK SMITH, Deceased, Appellant.— Judgment affirmed, with costs. All concur. (Appeal from a judgment directing defendant to specifically perform a contract for the conveyance of realty to plaintiff, and to deliver to plaintiff a deed of said property on payment of the balance of the purchase price.) Present — Vaughan, J. P., Kimball, Piper, Wheeler and Van Duser, JJ.

WASHINGTON-FILLMORE FOUNDRY, INC., Appellant, v. GEORGE W. WHITEHEAD Co., INC., Respondent.— Judgment affirmed, with costs. All concur. (Appeal from a judgment dismissing plaintiff's complaint and awarding judgment for defendant on its counterclaim in an action to rescind purchase of motor vehicle.) Present — Vaughan, J. P., Kimball, Piper, Wheeler and Van Duser, JJ.

ROSE V. C. MONTE, Appellant, v. JAMES CAROS et al., Respondents.— Judgment affirmed, with costs. All concur. (Appeal from a judgment dismissing plaintiff's complaint in an action to set aside transfers of realty.) Present — Vaughan, J. P., Kimball, Piper, Wheeler and Van Duser, JJ. [See 285 App. Div. 858.]

RAYMOND E. RUHLMANN, Appellant, v. EDWARD HASTINGS et al., Copartners Doing Business as HASTINGS-LECHNER, Respondents.— Judgment and order affirmed, with costs. All concur. (Appeal from a judgment for defendant for $3,100 and costs, with no cause of action on the claim by plaintiff in an action to rescind and counterclaim for purchase price of machinery. The order denies a motion for a new trial.) Present — Vaughan, J. P., Kimball, Piper, Wheeler and Van Duser, JJ.